

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00730-CV

Joien **PARKER**,
Appellant

v.

**SPI-LA MIRAGE APARTMENTS**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2024CV07454
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:    Rebeca C. Martinez, Chief Justice
            H. Todd McCray, Justice
            Velia J. Meza, Justice

Delivered and Filed: May 7, 2025

DISMISSED

Appellant's brief was due on January 27, 2025. Neither the brief nor a motion for extension of time has been filed. On February 26, 2025, the Clerk of this court notified the appellant, Joien Parker, that her brief was late. Further, on April 10, 2025, we ordered the appellant to file her brief and a written response to our order by April 21, 2025. We notified the appellant that this appeal would be dismissed if she failed to comply with our order. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c). Nevertheless, the appellant failed to file a response that complied with our order.

Accordingly, we dismiss this appeal for want of prosecution and for failure to comply with a court order. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c). We dismiss any pending motions as moot.

PER CURIAM